No. 03–27. TATARIAN *v.* SWEENEY ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–28. ARNOLD *v.* RAYONIER, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–29. FRENCH *v.* BATOR & BERLIN, P. C. Ct. App. Mich. Certiorari denied.

No. 03–30. GRINE ET AL. *v.* COOMBS ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–31. MCNEILL *v.* TOWN OF PARADISE VALLEY, ARIZONA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–32. NEAL ET AL. *v.* BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–33. MONTGOMERY ET AL. *v.* CLAYTON HOMES, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–35. BURR *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied.

No. 03–36. GOLDEN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–37. INFINEON TECHNOLOGIES AG ET AL. *v.* RAMBUS, INC. C. A. Fed. Cir. Certiorari denied.

No. 03–38. DEVEGTER ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–39. EVENSON *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 03–42. LAND *v.* TEXAS. Sup. Ct. Tex. Certiorari denied.

No. 03–43. SAGAR *v.* SAGAR. App. Ct. Mass. Certiorari denied.